IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID R. MILLER,

    Petitioner,

v.                                                                   4:23cv517–WS/MAF

RICKY D. DIXON, Secretary,
Florida Department of Corrections,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 11) docketed April 16, 2024. The magistrate judge recommends that the case be dismissed as untimely filed. Petitioner has filed no objections to the report and recommendation.

    The undersigned has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 11) is

ADOPTED and incorporated by reference into this order.

2. Respondent's motion to dismiss (ECF No. 7) is GRANTED.

3. Plaintiff's petition for writ of habeas corpus and this action are DISMISSED as untimely.

4. The clerk shall enter judgment, stating: "All claims are dismissed."

5. A certificate of appealability is DENIED.

6. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this ___24th___ day of ___May___, 2024.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE